UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>  Defendant. | Case No. 2:24-cv-1137 JDP (P)<br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an amended complaint.[1]  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 15, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

---

[1] Plaintiff also requests production of documents from CDCR, but as no defendant has been served, this request is premature.

IT IS SO ORDERED.

Dated:   February 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE